UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN LINGAFELTER, ) | CASE NO. C12-0588-JLR-MAT |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING LIMITED |
| ) | EXTENSION OF TIME OF |
| MICHAEL J. ASTRUE, ) | REMAINING BRIEFING SCHEDULE |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

Defendant filed the second stipulation for extension of time (the first was filed by plaintiff) (Dkt. 18), requesting a 56-day extension of the due date in which to file his responsive brief. Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by the defendant and unopposed by plaintiff. A 56-day extension would adversely affect the Court's ability to decide the case in a timely manner. The Court therefore grants a 35-day extension, with the new deadlines as follows:

    Defendant's Responsive Brief:    October 18, 2012

    Plaintiff's optional Reply Brief:    November 1, 2012

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01 The parties should note that no additional extensions will be granted, absent
02 extraordinary circumstances.

03 DATED this 13th day of September, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2